ERIC GRANT
United States Attorney
LUKE BATY
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>EDGAR O. ORTIZ,<br><br>                    Defendant. | Case No. 5:26-po-00108-CDB<br><br>[Citation # E2549436, CA71]<br><br><br><br>MOTION TO CONVERT MANDATORY APPEARANCE TO COLLATERAL |

The United States of America, by and through Eric Grant, United States Attorney, and Luke Baty, Assistant United States Attorney, hereby moves to convert [Citation #E2549436, CA71] in Case No. 5:26-po-00108-CDB against Defendant EDGAR O. ORTIZ in the interests of justice.

The citation in this case was properly issued as a mandatory appearance within the discretion of the citing officer. The bail schedule for the Eastern District of California gives officers the discretion to issue citations under 36 C.F.R. § 4.10(a) as either a mandatory appearance or with a collateral amount of $750.    Defendant allegedly intentionally drove off of the road the night before to camp.

Although the citation was issued properly as a mandatory citation, the United States seeks to convert the citation to a collateral amount, to wit: $750 and a $30 processing fee. The United States therefore believes a collateral amount of $750 to be a fair outcome under these circumstances. *See also James & Elizabeth Console Fam. v. United States*, No. 23-CV-652-DMS-BLM, 2023 WL 6120609, at

*4 (S.D. Cal. Sept. 18, 2023) ("Prosecutorial discretion is defined as [a] prosecutor's power to choose from the options available in a criminal case, such as filing charges, prosecuting, not prosecuting, plea-bargaining, and recommending a sentence to the court." (internal quotation mark and citation omitted)).

DATED: June 16, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By:   /s/ *Luke Baty*
LUKE BATY
Assistant United States Attorney

# **O R D E R**

IT IS HEREBY ORDERED that the motion of the United States of America to convert a citation requiring mandatory appearance to a bailable citation is GRANTED.

Accordingly, [Citation # E2549436, CA71] in Case No. 5:26-po-00108-CDB against EDGAR O. ORTIZ is HEREBY CONVERTED to a bailable citation with collateral amount of $750, with an additional $30.00 processing fee, for a total amount owed of $780.00.

IT IS SO ORDERED.

Dated:   **June 17, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

USA v. Ortiz
Case No. 5:26-po-00108-CDB