ERIC GRANT
United States Attorney
LUKE BATY
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDGAR ORTIZ,<br><br>Defendant. | Case No. 5:26-po-00108-CDB<br><br>[Citation #E2549435/CA71]<br><br>MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through Luke Baty, Assistant United States Attorney, hereby moves to dismiss Case No. 5:26-po-00108-CDB [Citation # E2549435/CA71] against EDGAR ORTIZ, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: July 31, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By: */s/ Luke Baty*
LUKE BATY
Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED on the motion of the United States of America pursuant to Fed. R. Crim. P. 48(a) that Case No. 5:26-po-00108-CDB [Citation # E2549435/CA71] against EDGAR ORTIZ be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: **August 4, 2026**

UNITED STATES MAGISTRATE JUDGE